IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 4:08CR40020-001 |
| ) | |
| v. ) | |
| ) | 18 U.S.C. § 2 |
| BERNIE LAZAR HOFFMAN, ) | 18 U.S.C. §§ 2423(a) and (e) |
| also known as Tony Alamo ) | |

### REDACTED INDICTMENT

The Grand Jury charges:

#### COUNT ONE

In or about September 2004, through and including December 2004, in the Western District of Arkansas, Texarkana Division and elsewhere, **BERNIE LAZAR HOFFMAN, also known as Tony Alamo,** the defendant, knowingly transported Jane Doe, an individual who had not attained the age of 18 years, in interstate commerce with intent that Jane Doe engage in any sexual activity for which any person can be charged with a criminal offense, namely, Arkansas Code Annotated 5-14-103, Rape; all in violation of Title 18, United States Code, Sections 2423(a) and (e).

#### COUNT TWO

In or about August 2005, through and including October 2005, in the Western District of Arkansas, Texarkana Division and elsewhere, **BERNIE LAZAR HOFFMAN, also known as Tony Alamo,** the defendant, aided and abetted by others known and unknown to the grand jury, knowingly transported Jane Doe, an individual who had not attained the age of 18 years, in interstate commerce with intent that Jane Doe engage in any sexual activity for which any person can be charged with a

criminal offense, namely, Arkansas Code Annotated 5-14-127, Sexual Assault in the Fourth Degree; all in violation of Title 18, United States Code, Sections 2423(a) and (e) and 2.

A True Bill.

/s/ Foreperson
Foreperson

By:

ROBERT C. BALFE
UNITED STATES ATTORNEY

Kyra E. Jenner
Assistant U. S. Attorney
Arkansas Bar No. 2000041
P. O. Box 1524
Fort Smith, AR 72902
Phone: 479-783-5125
Fax: 479-441-0578