U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

NOV 19 2008

CHRIS R. JOHNSON, CLERK

BY

DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 4:08CR40020-001 |
| ) | |
| v. ) | 18 U.S.C. § 2 |
| ) | 18 U.S.C. §§ 2423(a) and (e) |
| BERNIE LAZAR HOFFMAN, ) | |
| also known as Tony Alamo ) | |

## REDACTED SUPERSEDING INDICTMENT

The Grand Jury charges:

### COUNT ONE

In or about September 2004 through and including December 2004, in the Western District of Arkansas, Texarkana Division and elsewhere, **BERNIE LAZAR HOFFMAN, also known as Tony Alamo,** the defendant, aided and abetted by others known and unknown to the grand jury, knowingly transported Jane Doe #1, an individual who had not attained the age of 18 years, in interstate commerce with intent that Jane Doe #1 engage in any sexual activity for which any person can be charged with a criminal offense, namely, Arkansas Code Annotated 5-14-103, Rape; all in violation of Title 18, United States Code, Sections 2423(a) and (e) and 2.

### COUNT TWO

In or about August 2005 through and including October 2005, in the Western District of Arkansas, Texarkana Division and elsewhere, **BERNIE LAZAR HOFFMAN, also known as Tony Alamo,** the defendant, aided and abetted by others known and unknown to the grand jury, knowingly transported Jane Doe #1, an individual who had not attained the age of 18 years, in interstate commerce with intent that Jane Doe #1 engage in any sexual activity for which any person can be

charged with a criminal offense, namely, Arkansas Code Annotated 5-14-127, Sexual Assault in the Fourth Degree; all in violation of Title 18, United States Code, Sections 2423(a) and (e) and 2.

## COUNT THREE

In or about May 2000 through and including June 2000, in the Western District of Arkansas, Texarkana Division and elsewhere, **BERNIE LAZAR HOFFMAN, also known as Tony Alamo,** the defendant, aided and abetted by others known and unknown to the grand jury, knowingly transported Jane Doe #2, an individual who had not attained the age of 18 years, in interstate commerce with intent that Jane Doe #2 engage in any sexual activity for which any person can be charged with a criminal offense, namely, Arkansas Code Annotated 5-14-103, Rape; all in violation of Title 18, United States Code, Sections 2423(a) and 2.

## COUNT FOUR

In or about March 2001 through and including April 2001, in the Western District of Arkansas, Texarkana Division and elsewhere, **BERNIE LAZAR HOFFMAN, also known as Tony Alamo,** the defendant, aided and abetted by others known and unknown to the grand jury, knowingly transported Jane Doe #2, an individual who had not attained the age of 18 years, in interstate commerce with intent that Jane Doe #2 engage in any sexual activity for which any person can be charged with a criminal offense, namely, Arkansas Code Annotated 5-14-103, Rape; all in violation of Title 18, United States Code, Sections 2423(a) and 2.

## COUNT FIVE

In or about July 1998, in the Western District of Arkansas, Texarkana Division and elsewhere, **BERNIE LAZAR HOFFMAN, also known as Tony Alamo,** the defendant, aided and abetted by others known and unknown to the grand jury, knowingly transported Jane Doe #3,

an individual under the age of 18 years, in interstate commerce with intent that Jane Doe #3 engage in any sexual activity for which any person can be charged with a criminal offense, namely, Arkansas Code Annotated 5-14-106, Carnal Abuse in the 3rd Degree; all in violation of Title 18, United States Code, Sections 2423(a) and 2.

## COUNT SIX

In or about January 1999, in the Western District of Arkansas, Texarkana Division and elsewhere, **BERNIE LAZAR HOFFMAN, also known as Tony Alamo,** the defendant, aided and abetted by others known and unknown to the grand jury, knowingly transported Jane Doe #3, an individual under the age of 18 years, in interstate commerce with intent that Jane Doe #3 engage in any sexual activity for which any person can be charged with a criminal offense, namely, Arkansas Code Annotated 5-14-106, Carnal Abuse in the 3rd Degree; all in violation of Title 18, United States Code, Sections 2423(a) and 2.

## COUNT SEVEN

In or about March 1994 through and including April 1994, in the Western District of Arkansas, Fort Smith Division and elsewhere, **BERNIE LAZAR HOFFMAN, also known as Tony Alamo,** the defendant, aided and abetted by others known and unknown to the grand jury, knowingly transported Jane Doe #4, an individual under the age of 18 years, in interstate commerce with intent that Jane Doe #4 engage in any sexual activity for which any person can be charged with a criminal offense, namely, Arkansas Code Annotated 5-14-106, Carnal Abuse in the 3rd Degree; all in violation of Title 18, United States Code, Section 2423 and 2.

## COUNT EIGHT

In or about April 1994 through and including May 1994, in the Western District of Arkansas, Fort Smith Division and elsewhere, **BERNIE LAZAR HOFFMAN, also known as Tony Alamo**, the defendant, aided and abetted by others known and unknown to the grand jury, knowingly transported Jane Doe #4, an individual under the age of 18 years, in interstate commerce with intent that Jane Doe #4 engage in any sexual activity for which any person can be charged with a criminal offense, namely, Arkansas Code Annotated 5-14-106, Carnal Abuse in the 3rd Degree; all in violation of Title 18, United States Code, Section 2423 and 2.

## COUNT NINE

In or about May 1994 through and including June 8, 1994, in the Western District of Arkansas, Fort Smith Division and elsewhere, **BERNIE LAZAR HOFFMAN, also known as Tony Alamo**, the defendant, aided and abetted by others known and unknown to the grand jury, knowingly transported Jane Doe #4, an individual under the age of 18 years, in interstate commerce with intent that Jane Doe #4 engage in any sexual activity for which any person can be charged with a criminal offense, namely, Arkansas Code Annotated 5-14-106, Carnal Abuse in the 3rd Degree; all in violation of Title 18, United States Code, Section 2423 and 2.

## COUNT TEN

In or about July 2005 through and including September 21, 2005, in the Western District of Arkansas, Texarkana Division and elsewhere, **BERNIE LAZAR HOFFMAN, also known as Tony Alamo**, the defendant, aided and abetted by others known and unknown to the grand jury, knowingly transported Jane Doe #5, an individual who had not attained the age of 18 years, in interstate commerce with intent that Jane Doe #5 engage in any sexual activity for which any

person can be charged with a criminal offense, namely, Arkansas Code Annotated 5-14-124, Sexual Assault in the First Degree; all in violation of Title 18, United States Code, Section 2423(a) and (e) and 2.

A True Bill.

/s/ Foreperson
Foreperson

By:

ROBERT C. BALFE
UNITED STATES ATTORNEY

*Kyra Jenner*
Kyra E. Jenner
Assistant U. S. Attorney
Arkansas Bar No. 2000041
P. O. Box 1524
Fort Smith, AR 72902
Phone: 479-783-5125