IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| VS. ) | No. 4:08CR40020-001 |
| ) | |
| ) | |
| BERNIE LAZAR HOFFMAN, ) | |
| a/k/a TONY ALAMO ) | |

**ORDER**

Before the Court is an Appeal from Order of Detention filed on behalf of the Defendant Bernie Lazar Hoffman, a/k/a Tony Alamo. (Doc. No. 56). Defendant is seeking review of the pretrial detention order entered in this matter by Magistrate Judge Barry A. Bryant. (Doc. No. 26). The government has filed its response. (Doc. No. 57).

Defendant is charged in a 10-count superseding indictment with transporting a minor in interstate commerce for sexual purposes, in violation of Title 18 U.S.C. §§ 2423(a) and (e) and 2. On October 22, 2008, the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas, held a pretrial detention hearing in this matter. The magistrate's Detention Order was entered the same day. On April 7, 2009, Defendant filed an appeal of that order.

A United States magistrate judge possesses "the power to ... issue orders pursuant to Section 3142 of title 18 concerning the release or detention of persons pending trial ...." 28 U.S.C. § 636(a)(2). Rule 59 of the Federal Rules of Criminal Procedure states the related rule that "[a] district judge may refer to a magistrate judge for determination any matter that does not

dispose of a charge or offense." Under Rule 59, the magistrate judge "must promptly conduct the required proceeding and ... enter on the record an oral or written order stating the determination." Fed. R. Crim. P. 59(a). Thereafter, " [a] party may serve and file objections to the order within 10 days after being served with the order or after the oral order is stated on the record ...." *Id.* The district court must consider timely objections to the magistrate's order and modify or set aside any part of the order that is contrary to law or clearly erroneous. *Id.* A party's failure to object in accordance with this rule waives his right to review. *Id.*

In this case, Judge Bryant entered his Order of Detention on October 22, 2008. Defendant filed his objections to that order on April 7, 2009. Pursuant to Fed. R. Crim. P. 59(a), Defendant's objections are untimely. He has waived his right to a review of the magistrate's order. Therefore, the Court finds that Defendant's Appeal should be and hereby is **denied.**

IT IS SO ORDERED, this 15th day of April, 2009.

                                    /s/Harry F. Barnes
                                    Hon. Harry F. Barnes
                                    United States District Judge