IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

## MINUTES

PLAINTIFF: United States of America
ATTY: Kyra E. Jenner, Clay Fowlkes, Candace L. Taylor

DEFENDANT: Bernie Lazar Hoffman a/k/a Tony Alamo
ATTY: Don E. Ervin, Jeffrey S. Harrelson, Phillip E. Kuhn

JUDGE: Harry F. Barnes, U. S. District Judge
REPORTER: Donna McKinney
CLERK: Robin Gray
CASE NO.: 4:08CR40020-001
DATE: July 13, 2009
ACTION: Jury Trial (Day 1)

| TIME | MINUTES |
|---|---|
| 8:30 am | Court Convenes. |
|  | 103 prospective jurors report for morning jury service. |
| 9:12 am | Voir Dire by the Court. |
| 9:48 am | Recess. Remaining jurors released until 8:30 a.m. on July 14, 2009. |
| 1:18 pm | Court Reconvenes. |
|  | 102 prospective jurors report for afternoon jury service. |
| 1:57 pm | Voir Dire by the Court. |
| 2:35 pm | Recess. Remaining jurors released until 8:30 a.m. on July 14, 2009. |
| 2:51 pm | Court Reconvenes. |
|  | Hearing outside the presence of the jury. |
|  | Oral Motion for Reconsideration on behalf of the Defendant. |
|  | Government does not object. |
|  | Defendant's Oral Motion for Reconsideration - GRANTED. |
|  | The Court now issues the following rulings regarding Motions filed on behalf of the Defendant. |
|  | [80] MOTION to Suppress - DENIED. Objections are noted for the record. |
|  | [73] MOTION for Bill of Particulars - DENIED. Objections are noted for the record. |
|  | [82] MOTION for Disclosure of Informant - DENIED. Objections are noted for the record. |
|  | [76] MOTION for Discovery - DENIED. Objections are noted for the record. |
|  | [75] MOTION for Disclosure - DENIED. Objections are noted for the record. |
|  | [77] MOTION to Compel - DENIED. Objections are noted for the record. |
|  | [92] MOTION in Limine - GRANTED IN PART/DENIED IN PART. Objections are noted for the record. |
| 3:18 pm | Court Adjourned. |

CASE NO. 4:08CR40020-001   DATE: July 13, 2009

TIME   MINUTES