IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

## MINUTES

| | |
|---|---|
| United States of America | JUDGE: Harry F. Barnes, U. S. District Judge |
| PLAINTIFF | |
| ATTY: Kyra E. Jenner, Clay Fowlkes, Candace L. Taylor | REPORTER: Donna McKinney |
| | CLERK: Robin Gray |
| Bernie Lazar Hoffman, a/k/a Tony Alamo | CASE NO. 4:08CR40020-001 |
| DEFENDANT | |
| ATTY: Don E. Ervin, Jeffrey S. Harrelson, Phillip E. Kuhn | DATE: July 14, 2009 |

ACTION: Jury Trial (Day 2)

| TIME | MINUTES |
|---|---|
| 8:35 am | Court Convenes. |
| | Ten (10) jurors drawn. |
| 8:50 am | Voir Dire on behalf of the Government. |
| 9:22 am | Voir Dire on behalf of the Defendant. |
| | Peremptory Strikes made by the Government and the Defendant. |
| 9:52 am | Recess. |
| 10:14 am | Court Reconvenes. |
| | Ten (10) jurors drawn. |
| 10:18 am | Voir Dire on behalf of the Government. |
| 10:49 am | Voir Dire on behalf of the Defendant. |
| | Peremptory Strikes made by the Government and the Defendant. |
| | Ten (10) jurors drawn. |
| 11:28 am | Voir Dire on behalf of the Government. |
| 11:49 am | Recess. |
| 12:00 pm | Voir Dire on behalf of the Government. |
| 12:19 pm | Voir Dire on behalf of the Defendant. |
| | Peremptory Strikes made by the Government and the Defendant. |
| | Jurors selected and sworn. |
| 12:53 pm | Recess. |
| 2:00 pm | Court Reconvenes |
| | Initial Instructions by the Court. |

CASE NO. 4:08CR40020-001  DATE: July 14, 2009

| TIME | MINUTES |
|---|---|
| 2:35 pm | Opening Statements on behalf of the Government. |
| 3:08 pm | Opening Statements on behalf of the Defendant. |
| 3:16 pm | Court Adjourned. |