IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
_____ DIVISION

**<u>MINUTES</u>**

_____     JUDGE: _____

PLAINTIFF

    ATTY: _____

REPORTER: _____

CLERK: _____

_____     CASE NO. _____

DEFENDANT

    ATTY: _____

DATE: _____

ACTION: _____

<u>TIME</u>                              <u>MINUTES</u>

| TIME | MINUTES |
|------|---------|
|      |         |
|      |         |
|      |         |
|      |         |
|      |         |
|      |         |
|      |         |
|      |         |
|      |         |
|      |         |
|      |         |
|      |         |
|      |         |
|      |         |
|      |         |
|      |         |
|      |         |
|      |         |
|      |         |
|      |         |
|      |         |
|      |         |

CASE NO. _____    DATE: _____

<u>TIME</u>                                          <u>MINUTES</u>