IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

## MINUTES

| | |
|---|---|
| United States of America | JUDGE: Harry F. Barnes, U. S. District Judge |
| PLAINTIFF | |
| ATTY: Kyra E. Jenner, Clay Fowlkes, Candace L. Taylor | REPORTER: Donna McKinney |
| | CLERK: Robin Gray |
| Bernie Lazar Hoffman, a/k/a Tony Alamo | CASE NO. 4:08CR40020-001 |
| DEFENDANT | |
| ATTY: Don E. Ervin, Jeffrey S. Harrelson, Phillip E. Kuhn | DATE: July 16, 2009 |

ACTION: Jury Trial (Day 4)

| TIME | MINUTES |
|---|---|
| 8:30 am | Court Convenes. |
| | Evidence on behalf of the Government. |
| | Sworn Government's Witnesses: (4) Jael Sprinkle; |
| 9:30 am | Recess. |
| 9:43 am | Court Reconvenes. |
| | Evidence on behalf of the Government. |
| | Sworn Government's Witnesses: (4) Jael Sprinkle, continuing; (5) Amy Eddy; |
| 11:15 am | Recess. |
| 11:28 am | Court Reconvenes. |
| | Evidence on behalf of the Government. |
| | Sworn Government's Witnesses: (5) Amy Eddy, continuing; |
| 11:45 am | Recess |
| 1:00 pm | Court Reconvenes. |
| | Evidenced on behalf of the Government. |
| | Sworn Government's Witnesses: (5) Amy Eddy, continuing; (6) Jamie Rodriguez; |
| 2:49 pm | Recess |
| 3:07 pm | Court Reconvenes. |
| | Evidence on behalf of the Government. |
| | Sworn Government's Witnesses: (6) Jamie Rodriguez, continuing; (7) Desiree Kolbek; |
| 3:37 pm | Recess. |

CASE NO. 4:08CR40020-001    DATE: July 16, 2009

| TIME | MINUTES |
|---|---|
| 3:45 pm | Court Reconvenes. |
| | Evidence on behalf of the Government. |
| | Sworn Government's Witness: (7) Desiree Kolbek, continuing; |
| 4:40 pm | Court Adjourned. |