IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

## MINUTES

PLAINTIFF: United States of America
ATTY: Kyra E. Jenner, Clay Fowlkes, Candace L. Taylor

DEFENDANT: Bernie Lazar Hoffman, a/k/a Tony Alamo
ATTY: Don E. Ervin, Jeffrey S. Harrelson, Phillip E. Kuhn

JUDGE: Harry F. Barnes, U. S. District Judge
REPORTER: Donna McKinney
CLERK: Robin Gray
CASE NO.: 4:08CR40020-001
DATE: July 17, 2009
ACTION: Jury Trial (Day 5)

| TIME | MINUTES |
|---|---|
| 8:25 am | Court Convenes. |
| | Evidence on behalf of the Government. |
| | Sworn Government's Witnesses: (7) Desiree Kolbek, continuing; |
| 10:00 am | Recess. |
| 10:15 am | Court Reconvenes. |
| | Evidence on behalf of the Government. |
| | Sworn Government's Witnesses: (7) Desiree Kolbek, continuing; |
| 11:45 am | Recess. |
| 1:08 pm | Court Reconvenes. |
| | Evidence on behalf of the Government. |
| | Sworn Government's Witnesses: (8) Jesseca Cooper; (9) Summer Hagan; |
| 3:20 pm | Recess. |

CASE NO. 4:08CR40020-001 DATE: July 17, 2009

TIME MINUTES