IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
_____ DIVISION

**<u>MINUTES</u>**

_____          JUDGE: _____

PLAINTIFF
    ATTY: _____          REPORTER: _____

                                                 CLERK: _____

_____          CASE NO. _____

DEFENDANT
    ATTY: _____

                                               DATE: _____

ACTION: _____

| <u>TIME</u> | <u>MINUTES</u> |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

CASE NO. _____                    DATE: _____

TIME                          MINUTES