IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

## MINUTES

| | |
|---|---|
| United States of America | JUDGE: Harry F. Barnes, U. S. District Judge |
| PLAINTIFF | REPORTER: Donna McKinney |
| ATTY: Kyra E. Jenner, Clay Fowlkes, Candace L. Taylor | CLERK: Robin Gray |
| Bernie Lazar Hoffman, a/k/a Tony Alamo | CASE NO. 4:08CR40020-001 |
| DEFENDANT | |
| ATTY: Don E. Ervin, Jeffrey S. Harrelson, Phillip E. Kuhn | DATE: July 21, 2009 |

ACTION: Jury Trial (Day 7)

| TIME | MINUTES |
|---|---|
| 8:30 am | Court Convenes. |
| | Evidence on behalf of the Government. |
| | Government Rests. |
| 8:41 am | Hearing outside the presence of the jury. |
| | Defendant's Rule 29 Motion for Directed Verdict - Denied.  Objections are noted for the record. |
| 8:58 am | Evidence on behalf of the Defendant. |
| | Sworn Defendant's Witnesses:  (1) Sharon Hoffman Alamo; |
| 9:50 am | Recess. |
| 10:10 am | Court Reconvenes. |
| | Evidence on behalf of the Defendant. |
| | Sworn Defendant's Witnesses:  (1) Sharon Hoffman Alamo, continuing; |
| 11:30 am | Recess. |
| 11:47 am | Court Reconvenes. |
| | Evidence on behalf of the Defendant. |
| | Sworn Defendant's Witnesses:  (1) Sharon Hoffman Alamo, continuing; |
| 12:16 pm | Recess. |
| 1:20 pm | Hearing outside the presence of the jury. |
| 1:30 pm | Court Reconvenes. |
| | Evidence on behalf of the Defendant. |
| | Sworn Defendant's Witnesses:  (1) Sharon Hoffman Alamo, continuing;  (2) Sanford White;  (3) Jennifer Kolbek; |
| 2:29 pm | Recess. |
| 2:32 pm | Court Reconvenes. |
| | Hearing outside the presence of the jury. |

| CASE NO. | 4:08CR40020-001 | DATE: | July 21, 2009 |
|---|---|---|---|

| TIME | MINUTES |
|---|---|
| | Evidence on behalf of the Defendant. |
| | Sworn Defendant's Witnesses:  (4)  Alys Ondrisek;  (5)  John Mooney; |
| 3:30 pm | Recess. |
| 3:45 pm | Court Reconvenes. |
| | Evidence on behalf of the Defendant. |
| | Sworn Defendant's Witnesses:  (6)  Angela Morales; |
| 4:55 pm | Court Adjourned. |