IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

## MINUTES

| | |
|---|---|
| PLAINTIFF: United States of America | JUDGE: Harry F. Barnes, U. S. District Judge |
| ATTY: Kyra E. Jenner, Clay Fowlkes, Candace L. Taylor | REPORTER: Donna McKinney |
| | CLERK: Robin Gray |
| DEFENDANT: Bernie Lazar Hoffman, a/k/a Tony Alamo | CASE NO.: 4:08CR40020-001 |
| ATTY: Don E. Ervin, Jeffrey S. Harrelson, Phillip E. Kuhn | DATE: July 22, 2009 |
| | ACTION: Jury Trial (Day 8) |

| TIME | MINUTES |
|---|---|
| 8:28 am | Court Convenes. |
| | Evidence on behalf of the Defendant. |
| | Sworn Defendant's Witnesses: (7) Sue Davis; |
| 9:11 am | Recess. |
| 12:50 pm | Court Reconvenes. |
| | Hearing outside the presence of the jury. |
| | All previous motions are renewed. The Court's rulings remain the same. Objections are noted for the record. |
| 1:04 pm | Instructions by the Court. |
| 1:46 pm | Closing Argument on behalf of the Government. |
| 2:25 pm | Closing Argument on behalf of the Defendant. |
| 3:37 pm | Recess. |
| 4:00 pm | Court Reconvenes. |
| 4:07 pm | Rebuttal Argument on behalf of the Government. |
| 4:21 pm | Final Instructions by the Court before deliberations. |
| 4:25 pm | Court Adjourned. |

CASE NO. 4:08CR40020-001 DATE: July 22, 2009

TIME | MINUTES
---|---