IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA     DIVISION

## **MINUTES**

United States of America

PLAINTIFF

ATTY: Kyra E. Jemner, Clay Fowlkes,

Candace L. Taylor

Bernie Lazar Hoffman, a/k/a Tony Alamo

DEFENDANT

ATTY: Don E. Ervin, Jeffrey S. Harrelson

Phillip E. Kuhn

JUDGE: Harry F. Barnes, U. S. District Judge

REPORTER: Donna McKinney

CLERK: Robin Gray

CASE NO. 4:08CR40020-001

DATE: July 23, 2009

ACTION: Jury Trial (Day 9)

| TIME | MINUTES |
|------|---------|
| 8:15 am | Court Convenes. |
| 8:20 am | Recess pending jury deliberations. |
| 4:35 pm | Court Reconvenes. |
|  | Jury released for the day.  Jury deliberations will resume on Friday, July 24, 2009. |
| 4:38 pm | Court Adjourned. |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

CASE NO.  4:08CR40020-001                                    DATE:  July 23, 2009

TIME                                    MINUTES