IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA          DIVISION

## MINUTES

United States of America

PLAINTIFF

    ATTY:  Kyra E. Jenner, Clay Fowlkes,

           Candace L. Taylor

Bernie Lazar Hoffman, a/k/a Tony Alamo

DEFENDANT

    ATTY:  Don E. Ervin, Jeffrey S. Harrelson,

           Phillip E. Kuhn

JUDGE:  Harry F. Barnes, U. S. District Judge

REPORTER:  Donna McKinney

CLERK:  Robin Gray

CASE NO.  4:08CR40020-001

DATE:  July 24, 2009

ACTION:  Jury Trial (Day 10)

| TIME | MINUTES |
|------|---------|
| 7:45 am | Jury Deliberations. |
| 10:34 am | Court Reconvenes. |
| | Jury returns with a verdict as follows: |
| | Count I of the Indictment - GUILTY, |
| | Count II of the Indictment - GUILTY, |
| | Count III of the Indictment - GUILTY, |
| | Count IV of the Indictment - GUILTY, |
| | Count V of the Indictment - GUILTY, |
| | Count VI of the Indictment - GUILTY, |
| | Count VII of the Indictment - GUILTY, |
| | Count VIII of the Indictment - GUILTY, |
| | Count IX of the Indictment - GUILTY, |
| | Count X of the Indictment - GUILTY. |
| | Defendant, Bernie Lazar Hoffman, a/k/a Tony Alamo, remanded to the custody of the United States Marshals |
| | Service pending sentencing. |
| 10:41 am | Court Adjourned. |
| | |
| | |
| | |
| | |
| | |
| | |

CASE NO.   4:08CR40020-001                                    DATE:   July 24, 2009

TIME                              MINUTES