USA vs. Bernie Lazar Hoffman a/k/a Tony Alamo
4:08CR40020-001

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANS.
FILED

JURY INSTRUCTION NO. _____

JUL 24 2009

CHRIS R. JOHNSON, CLERK

BY _____
DEPUTY CLERK

11.01  GENERAL VERDICT                                8th Cir. 11.01

**VERDICT - COUNT ONE**

We, the jury, find the defendant, BERNIE LAZAR HOFFMAN, also known as Tony Alamo,

GUILTY
_____
(guilty)/ not guilty

of knowingly transporting, _____ _____ an individual who had not attained the age of 14 years, in interstate commerce, aided and abetted by others known and unknown to the grand jury, with intent that _____ _____ engage in any sexual activity for which any person can be charged with a criminal offense, namely, Arkansas Code Annotated 5-14-103, Rape, in violation of Title 18, United States Code, Sections 2423(a) and (e) and 2, as charged in **Count One** of the Second Superseding Indictment.

Foreperson _____

7-24-09

USA vs. Bernie Lazar Hoffman a/k/a Tony Alamo
4:08CR40020-001

JURY INSTRUCTION NO. _____

11.01   GENERAL VERDICT                                        8th Cir. 11.01

VERDICT - COUNT TWO

We, the jury, find the defendant, BERNIE LAZAR HOFFMAN, also known as Tony Alamo,

_____GUILTY_____
(guilty)/ not guilty

of knowingly transporting _____, an individual who had not attained the age of 16 years, in interstate commerce, aided and abetted by others known and unknown to the grand jury, with intent that _____ engage in any sexual activity for which any person can be charged with a criminal offense, namely, Arkansas Code Annotated 5-14-127, Sexual Assault in the Fourth Degree, in violation of Title 18, United States Code, Sections 2423(a) and (e) and 2, as charged in **Count Two** of the Second Superseding Indictment.

_____
Foreperson
7-24-09

USA vs. Bernie Lazar Hoffman a/k/a Tony Alamo
4:08CR40020-001

JURY INSTRUCTION NO. _____

11.01   GENERAL VERDICT                                8th Cir. 11.01

VERDICT - COUNT THREE

We, the jury, find the defendant, BERNIE LAZAR HOFFMAN, also known as Tony Alamo,

_____GUILTY_____
(guilty) / not guilty

of knowingly transporting _____, an individual who had not attained the age of 14 years, in interstate commerce, aided and abetted by others known and unknown to the grand jury, with intent that _____ engage in any sexual activity for which any person can be charged with a criminal offense, namely, Arkansas Code Annotated 5-14-103, Rape, in violation of Title 18, United States Code, Sections 2423(a) and 2, as charged in **Count Three** of the Second Superseding Indictment.

Foreperson

7-24-09

USA vs. Bernie Lazar Hoffman a/k/a Tony Alamo
4:08CR40020-001

JURY INSTRUCTION NO. \_\_\_\_\_

11.01  GENERAL VERDICT                                  8th Cir. 11.01

VERDICT - COUNT FOUR

We, the jury, find the defendant, BERNIE LAZAR HOFFMAN, also known as Tony Alamo,

<u>GUILTY</u>
(guilty / not guilty)

of knowingly transporting _____, an individual who had not attained the age of 14 years, in interstate commerce, aided and abetted by others known and unknown to the grand jury, with intent that 1_____ engage in any sexual activity for which any person can be charged with a criminal offense, namely, Arkansas Code Annotated 5-14-103, Rape, in violation of Title 18, United States Code, Sections 2423(a) and 2, as charged in **Count Four** of the Second Superseding Indictment.

_____
Foreperson

7-24-09

USA vs. Bernie Lazar Hoffman a/k/a Tony Alamo
4:08CR40020-001

JURY INSTRUCTION NO. _____

11.01  GENERAL VERDICT                                      8th Cir. 11.01

VERDICT - COUNT FIVE

We, the jury, find the defendant, BERNIE LAZAR HOFFMAN, also known as Tony Alamo,

_____GUILTY_____
(guilty) / not guilty

of knowingly transporting _____, an individual who had not attained the age of 16 years, in interstate commerce, aided and abetted by others known and unknown to the grand jury, with intent that _____ engage in any sexual activity for which any person can be charged with a criminal offense, namely, Arkansas Code Annotated 5-14-106, Carnal Abuse in the 3rd Degree, in violation of Title 18, United States Code, Sections 2423(a) and 2, as charged in **Count Five** of the Second Superseding Indictment.

Foreperson

7-24-09

USA vs. Bernie Lazar Hoffman a/k/a Tony Alamo
4:08CR40020-001

JURY INSTRUCTION NO. \_\_\_\_

11.01   GENERAL VERDICT                                          8th Cir. 11.01

### VERDICT - COUNT SIX

We, the jury, find the defendant, BERNIE LAZAR HOFFMAN, also known as Tony Alamo,

_GUILTY_
(guilty) / not guilty

of knowingly transporting _____, an individual who had not attained the age of 16 years, in interstate commerce, aided and abetted by others known and unknown to the grand jury, with intent that _____ engage in any sexual activity for which any person can be charged with a criminal offense, namely, Arkansas Code Annotated 5-14-106, Carnal Abuse in the 3rd Degree, in violation of Title 18, United States Code, Sections 2423(a) and 2, as charged in **Count Six** of the Second Superseding Indictment.

Foreperson

7-24-09

USA vs. Bernie Lazar Hoffman a/k/a Tony Alamo
4:08CR40020-001

JURY INSTRUCTION NO. ____

11.01   GENERAL VERDICT                                               8th Cir. 11.01

VERDICT - COUNT SEVEN

We, the jury, find the defendant, BERNIE LAZAR HOFFMAN, also known as Tony Alamo,

_____GUILTY_____
(guilty) / not guilty

of knowingly transporting _____ ( _____ ), an individual who had not attained the age of 16 years, in interstate commerce, aided and abetted by others known and unknown to the grand jury, with intent that _____ engage in any sexual activity for which any person can be charged with a criminal offense, namely, Arkansas Code Annotated 5-14-106, Carnal Abuse in the 3rd Degree, in violation of Title 18, United States Code, Section 2423 and 2, as charged in **Count Seven** of the Second Superseding Indictment.

Foreperson _____
7-24-09

USA vs. Bernie Lazar Hoffman a/k/a Tony Alamo
4:08CR40020-001

JURY INSTRUCTION NO. _____

11.01  GENERAL VERDICT                                          8th Cir. 11.01

VERDICT - COUNT EIGHT

We, the jury, find the defendant, BERNIE LAZAR HOFFMAN, also known as Tony Alamo,

_____Guilty_____
(guilty) / not guilty

of knowingly transporting _____, an individual who had not attained the age of 16 years, in interstate commerce, aided and abetted by others known and unknown to the grand jury, with intent that _____ engage in any sexual activity for which any person can be charged with a criminal offense, namely, Arkansas Code Annotated 5-14-106, Carnal Abuse in the 3rd Degree, in violation of Title 18, United States Code, Section 2423 and 2, as charged in **Count Eight** of the Second Superseding Indictment.

Foreperson _____

7-24-09

USA vs. Bernie Lazar Hoffman a/k/a Tony Alamo
4:08CR40020-001

JURY INSTRUCTION NO. ____

11.01   GENERAL VERDICT                                            8th Cir. 11.01

VERDICT - COUNT NINE

We, the jury, find the defendant, BERNIE LAZAR HOFFMAN, also known as Tony Alamo,

_____Guilty_____
(guilty) / not guilty

of knowingly transporting _____, an individual who had not attained the age of 16 years, in interstate commerce, aided and abetted by others known and unknown to the grand jury, with intent that _____ engage in any sexual activity for which any person can be charged with a criminal offense, namely, Arkansas Code Annotated 5-14-106, Carnal Abuse in the 3rd Degree, in violation of Title 18, United States Code, Section 2423 and 2, as charged in **Count Nine** of the Second Superseding Indictment.

_____
Foreperson

7-24-09

USA vs. Bernie Lazar Hoffman a/k/a Tony Alamo
4:08CR40020-001

JURY INSTRUCTION NO. ____

11.01  GENERAL VERDICT                                              8th Cir. 11.01

VERDICT - COUNT TEN

We, the jury, find the defendant, BERNIE LAZAR HOFFMAN, also known as Tony Alamo,

_____GUILTY_____
(guilty)/ not guilty

of knowingly transporting _____, an individual who had not attained the age of 18 years, in interstate commerce, aided and abetted by others known and unknown to the grand jury, with intent that _____ engage in any sexual activity for which any person can be charged with a criminal offense, namely, Arkansas Code Annotated 5-14-124, Sexual Assault in the First Degree, in violation of Title 18, United States Code, Sections 2423(a) and (e) and 2, as charged in **Count Ten** of the Second Superseding Indictment.

_____
Foreperson

7-24-09