IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | No.  4:08CR40020-001 |
| ) | |
| ) | |
| BERNIE LAZAR HOFFMAN, ) | |
| a/k/a TONY ALAMO ) | |

**GOVERNMENT'S NOTICE OF EXPERT**
**WITNESS TESTIMONY AT SENTENCING**

Comes now the United States of America, by and through Deborah J. Groom, United States Attorney for the Western District of Arkansas, and for its notice of expert witness testimony at the sentencing hearing scheduled for October 23, 2009, states:

The United States provides notice pursuant to Fed.R.Crim.P. 26.2 that it will call Dr. Sharon W. Cooper, M.D., to testify as an expert witness at sentencing.  Dr. Cooper is expected to opine on the physical, psychiatric and psychological care and costs anticipated for five Jane Does in the above-captioned case.  The government seeks to introduce Dr. Cooper's testimony to assist this Honorable Court in fashioning a Restitution Order pursuant to 18 U.S.C. § 3663A(b)(2).[1]

Dr. Cooper's testimony is expected to be approximately two hours long.  Her Curriculum Vita is attached to this notice as Exhibit A.

---

[1] The government would note that Dr. Cooper's testimony regarding the issues and anticipated costs of treatment necessary for child victims of sexual abuse and exploitation was submitted to the District Court for the Eastern District of Kentucky, Ashland Division, and cited by that District Court in issuing an Order of Restitution in United States v. John H. Estep, Criminal Action Number 0:04-cr-00014-DLB, filed June 27, 2005. (Docket Number 39).

The government will provide Dr. Cooper's report to defense counsel as soon as it is submitted to the government.

>Respectfully submitted,
>
>DEBORAH GROOM
>UNITED STATES ATTORNEY
>
>By: /s/ *Kyra E. Jenner*
>Kyra E. Jenner
>Assistant U. S. Attorney
>Arkansas Bar No. 2000041
>P. O. Box 1524
>Fort Smith, AR 72902
>Telephone: 479-783-5125

## CERTIFICATE OF SERVICE

I, Kyra E. Jenner, Assistant United States Attorney for the Western District of Arkansas, hereby certify that a true and correct copy of the foregoing pleading was electronically filed on September 22, 2009, with the Clerk of Court using the CM/ECF System which will send notification of such filing to the following:

Don Edward Ervin
Attorney at Law

Jeffrey Scott Harrelson
Attorney at Law

Phillip E. Kuhn
Attorney at Law

>/s/ *Kyra E. Jenner*
>Kyra E. Jenner
>Assistant U.S. Attorney