IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

**CRIMINAL NO. 4:08CR40020-001**     USA V. **BERNIE LAZAR HOFFMAN a/k/a TONY ALAMO**

**COURT PERSONNEL:**     **APPEARANCES:**

**JUDGE**: **HARRY F. BARNES**     GOVERNMENT: **KYRA E. JENNER, CLAY FOWLKES, CANDACE L. TAYLOR**

**MAGISTRATE**     DEFENDANT: **DON E. ERVIN, JEFFREY S. HARRELSON, PHILLIP E. KUHN, JOHN WESLEY HALL**

**CLERK: ROBIN GRAY**     (X)RET.   ( )APPT.   ( )WAIVED

**REPORTER: DONNA McKINNEY**     INTERPRETER

## SENTENCING MINUTE SHEET

On this date the above named defendant appeared in person and with counsel for sentencing and is sworn.

- (x)   Inquiry made that defendant is not under influence of alcohol or drugs and is able to comprehend proceedings.
- (x)   Inquiry made whether defendant is under the care of a physician or taking any medication and is able to comprehend proceedings.
- (x)   Inquiry made that defendant is satisfied with counsel.
- (x)   Court determined that defendant and counsel have had opportunity to read and discuss presentence investigation report.
- (x)   Presentence Investigation Report reviewed in open court.  The Court addresses all objections and rulings to those objections.  The Court notes Defendant's objections to the Court's rulings for the record.
- (x)   Victim Allocation: **(1) Jeanette Orlando; (2) Amy Eddy; (3) Desiree Kolbek.**
- (x)   Evidence presented pursuant to Rule 32, F.R.Cr.P.: Defendant's sworn witnesses: **(1) Dr. Sam Birkman; (2) Greg Seago; (3) Albert Krantz**

**CRIMINAL NO. 4:09CR40020-001**

- (x) Counsel for defendant afforded opportunity to speak on behalf of defendant.
- (x) Defendant afforded opportunity to make statement and present information in mitigation of sentence.
- (x) Attorney for government afforded opportunity to make statement to court.
- (x) Court proceeded to impose sentence as follows: **The Court denies the Defendant's Motion for Downward Departure. The Defendant is sentenced to a term of life. Supervised release is ordered for life. The Court orders a fine in the amount of $250,000.00.**
- (x) Defendant ordered to comply with general conditions of Supervised Release.
- (x) Defendant ordered to comply with the following special conditions of Supervised Release: **Commit no Federal, State or Local crime; Possess no firearm or dangerous device; Submit DNA sample as required by law; Register as a Sex Offender in the state of residence; The Defendant shall have no contact with the victims of this crime; The Defendant shall have no unsupervised contact with minors.**
- (x) Defendant ordered to pay total special assessment of **$850.00**, pursuant to *18 U.S.C. 3013*, for count(s) I-X of the Indictment, which shall be due immediately, with payment to be made to: **( )U.S. Attorney    (X)U.S. Clerk.**
- (x) Final determination of the victim's losses is hereby scheduled for **January 13, 2010, at 9:00 a.m. in the United States District Courtroom, 500 N. State Line Ave., 3rd Floor Texarkana, Arkansas.**
- (x) Defendant advised of right to appeal sentence imposed.
- (x) Defendant advised of right to apply for leave to appeal in forma pauperis.
- (x) Appeal packet provided.
- ( ) Defendant permitted to remain on present bond and surrender .
- (x) Defendant remanded to custody of the **United States Marshals Service**. The Court recommends that the Defendant be held in close proximity to Texarkana, Arkansas pending the restitution hearing scheduled for January 13, 2010.
- (x) Court recommends that the Defendant be medically evaluated at a Federal Medical Facility prior to placement in the designated Bureau of Prisons facility.

**DATE:**     **November 13, 2009**          Proceeding began: **8:55 a.m.**
                                             Proceeding ended: **11:00 a.m.**