IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                              RESPONDENT

v.                              No. 4:08-cr-40020
                                No. 4:12-cv-4060

BERNIE LAZAR HOFFMAN                                                  MOVANT

### ORDER

**BEFORE** the Court is Movant's Motion for Sanctions or in the alternative Motion to Compel. ECF No. 207. THe Government has responded. ECF No. 209.

Movant seeks discovery in the form of answers to one interrogatory and one request for production, as allowed by this Court on April 15, 2013. ECF No. 198. The approved discovery requests were as follows:

Interrogatory:

    1.    Please identify any employee or agent of the United States who had communications with S.H., J.R., A.E., J.O., or D.K. about coordination of any assistance payments or personal services to these individuals, or communications in which the topics of restitution, civil suit damages, or financial recovery arising out of their alleged abuse by Mr. Hoffman (through the date of the jury verdict, July 24, 2009).

Request for Production:

    1.    Please produce each and every email, letter, fax, message, or other document in the possession or control of the United States in which the possibility of restitution, a civil suit for damages, or any other impending or potential financial recovery by S.H., J.R., A.E., J.O., or D.K. arising out of their alleged abuse by Mr. Hoffman was mentioned (through the date of the jury verdict, July 24, 2009).

Movant appealed the April 15, 2013 order and discovery was stayed by agreement pending that appeal. On October 7, 2013, United States District Judge Harry F. Barnes entered his order on the

appeal of the discovery Order. ECF No. 204. Movant was allowed to issue subpoena *ducas tecum* in regards to "records in the Arkansas State Police and FBI files specifically relating to the involvement of S.G. in the criminal investigation of Movant through the date of the jury verdict, July 24, 2009."

The Court thereafter granted the Government several extensions of time to respond to the discovery allowed up to and including February 26, 2014, which, coincidentally, was some 23 days after Movant filed his motion to compel.

Sanctions are not appropriate based on the record before this court. The Government should comply, if it has not already done so, with the discovery orders of this Court.

**IT IS THEREFORE ORDERED**, Movant's Motion for Sanctions or in the alternative Motion to Compel (ECF No. 207) is **DENIED** in part and **GRANTED** in part. The request for sanctions is denied. The discovery previously ordered by this Court should be provided no later than August 19, 2014, unless it has already been provided.

**DATED** this **5th day of August 2014.**

    /s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE